**Harry R. COX, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34931.**

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

James W. Fletcher, Public Defender, Anne Hall, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction and sentence.

Judgment affirmed. Rule 84.16(b).

All concur.